UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYDON BIGCHARLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OV NEVADA, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-3305 TLN AC PS<br><br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff, appearing in pro se, filed a complaint and paid the filing fee on November 27, 2024. ECF No. 1. That same day, a scheduling order was issued in this case ordering the plaintiff to serve a copy of the scheduling order and complete service of process within 90 days of filing the complaint. ECF No. 3 at 2. Plaintiff was cautioned that failure to complete service within 90 days may result in dismissal pursuant to Fed. R. Civ. P. 40(m). Id. The deadline has passed, and no certificate of service has been filed.

　　　　Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than March 12, 2025, why this action should not be dismissed for failure to prosecute;

1

2. Plaintiff's filing of a proof of service upon defendant will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, the case will be dismissed without prejudice for failure to prosecute.

DATED: February 26, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2